# THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**JAY PATRICK MELLEN.**
**PLAINTIFF**

### V.                               CASE NO.

**TOM RILLEY,**
**JOAN MEMBRINO**
**PETER ZICHELLE**
**TIMOTHY HORTON**

**DEFENDANT`S**

## COMPLAINT

**1.** Constitutional Rights: (14 Amendment) Equal Protection, Discrimination.

Civil Rights: (42,1983) Civil Action for Deprivation of Rights.

Civil Rights Laws, ( 18, 241) Conspiracy Against Rights.
                         (18, 241) Deprivation of Rights Under
Color of Law.

**2.**   Plaintiff, Jay Patrick Mellen resides at 169 Johnson st, Leominster, Worcester county Massachusetts, 01453, 978 537 6828.

**3.**   Defendant, Tom Rilley live at or its business is located at State Attorney General Office, 1 Ashburn Place, Boston, Suffolk County, Massachusetts, 02108.

1

**4.)** Joan Membrino live at or it's business located at 29 Franklin Street, Leominster, Worcester County, Massachusetts, 01453.

5.) Peter Zichelle live at or it's business located at 390 Florence Street, Leominster, Worcestor County, Massachusetts, 01453.

6.) Timmothy Norton live at or it's business located at 390 Frorence Street, Leominster, Worcestor County, Massachusetts, 01453.

## 7.) STATEMENT OF CLAIM

FACTS, This man Tom Rilley has abused his power for to long of a time. This man has made the

**federal government**, look like a man on the 10 most wanted list, ( WHITE BULGAR ). Tom Rilley has used his power to have Gypsy Tarot Card Mobsters attack a family,

**Judges** falsely document court documents,

**Defense Attorney** Lie Cheat and Steal from there client,

**HONEST POLICE** become criminals, liars, false statements, Protect Mobsters for this man named tom rilley.

**Families** turn against each other, try to falsely accuse their own brother for tom riley, Tom Rilley has try to destroy FATHER MOTHER DUAGHTER relationships, Tom Rilley has through his power controlled family member to but oil in other family members transmission

to send toxins though a family apartment because they are studying the law books to destroy a HUMAN BEING live, liberty, and pursuit of happiness.

**SENATORS** Tom riley has used senators to protect him from being held responsible for the evil he committee against a **FAMALIES.**

Hospitals
**Tom Rilley has used hospitals to protect mobsters that poison people when they go to hospital to find out how they were poisoned and with what poison.**
**Tom Rilley has used hospitals to call people crazy if he wants to attack a person credibility.**
**Tom Rilley has used hospitals to discriminate against people when they are having a baby.**
**Tom Rilley has used hospitals to falsely document records about people injuries that has gang has caused, Plus but antibodies in people with out telling the patient to heal the (SEROIS INJURIES).**

LAND LORDS

The facts of this action is Tom Rilley through the abuse of his power, He has used Land lords to attack a family, Seriously Injure a family. Discrimanate a family. Violate life liberty and pursuit of happiness.

Joan Membrino has used her son and other to attack our family, Joan had no problem try to make other hate lisa, Lisa is the most normal person that has been attack by HATE that Joan promoted for others. Joan was in charge of the action her son was taken, Joan might have been controlled by others, But she has a home and she was willing to have her son Poison a un born baby for others, Plus to try to make people HATE other for her evil deeds. Plus try to evict poor people for her own greed to have power over poor people.

3

Peter Zichelle is lisa first cousin and he might have been treatened to allow joan son to attack his own family, But the truth is he did the acts for his own reasons, so he is responsible for his action, To allow his workers to poison a unborn baby.

Timothy Horton is lisa first cousin, I Jay Patrick Mellen found this out on Feb/ 26 2004. To believe the owner of our apartment was another first cousin of lisa is sick, I have just about thrown up thinking this FACT! You might have been bribed or threatened but the act you have committed is 100 times more DISTASTEFUL OR DISGRACEFUL THAN ANYTHING A CORUPT STATE WORKER COULD BRIBE YOU WITH.

TIMOTHY I JAY PATRICK MELLEN want to tell you I had the nicest conversation with your mother, To know her son allowed Joan Membrino son, send toxin in our apartment because jay was studying law books and could hold people that were violating a family constitutional rights, Responsible for their actions. What will your mother think of you know.

**Tom Rilley is the criminal that control Land Lords to committee serious criminal acts against people.**

**Plaintiff, Say on thing to a honest judge, have a Federal Enviromental Protection Agentice for complete testing and the truth that tom riley has used Land Lords and OUR government to hide will be heard.**

### 8.) <u>PRAYER FOR RELIEF</u>

‒    The plaintiff ask the courts to hold

Tom Riley responsible for 1 million dollars, $1,000,000.00, for the damages he

4

has committee to the plaintiff and the families of plaintiff.

Joan Membrino Responsible for ONE HUNDRED THOUSAND DOLLARS $100,000.00 Plus to admit to the truth of Joan Membrino actions.

Peter Zichelle Responsible for Five Hundred Thousand Dollars, $ 500,000.00 Plus to admit to the truth of Peter Zichelle Actions.

Timothy Horton Responsible for Five Hundred Thousand Dollars, $ 500,000.00 Plus to admit to the truth of Timothy Horton actions.

**9.) DEMAND 2 MILLION ONE HUNDRED THOUSAND DOLLARS. $ 2,100,000.00**

**10.) Request for a jury trail, NO.**

I hereby certify under penalty that the above petition is true to the best of my information, knowledge, and believe.

Signed this ___ Mon 1 ___ day of ___ march 2004 ___,

_Grey Patrick Maller_
_164 Johnson ST APT 203_
_Leuminster Ma 01453_

(signature of plaintiff)

5