UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

Letter to inform the clerk that plaintiff at this point want to spounge the action he gave to the pro-se clerk but never paid docket fee.

I do not want action for free I am not ready to file in district court.
  please dis regard that complaint filed March/1/2004

Truthfully yours
Jay Patrick Mellen
Pro-Se attorney
169 johnson st
Leominster Ma.
01453

*/s/ Jay Mellen*